DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCUS L. COLSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0397

[April 2, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2001-CF-001044-AXXX-MB.

Daniel Eisinger, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Tindall v. State,* 310 So. 3d 95, 101 (Fla. 4th DCA 2021) (quoting *Durousseau v. State,* 55 So. 3d 543, 560 (Fla. 2010)) ("A 'trial court is entitled to reject apparently unrebutted testimony of a defense mental health expert if the trial court finds that the facts do not support the testimony.'").

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***